UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FIDELITY AND DEPOSIT COMPANY,
OF MARYLAND, a Maryland Corporation,

    Plaintiff,                                                           Case No. 13-CV-1291

    v.

EDWARD E. GILLEN COMPANY,
a Wisconsin corporation; GARY A. JACKSON,
an individual; JULLANE J. JACKSON,
an individual; and DLH CONSTRUCTION AND
TRUCKING, INC., a Wisconsin Corporation,

    Defendants.

## ORDER TO MOVE REPLY BRIEFING DEADLINE

This matter coming before the Court by the agreement of the parties in the parties' Stipulation to Move Reply Briefing Deadline,

IT IS HEREBY ORDERED that the reply date to Defendants Edward E. Gillen Company's, Gary A. Jackson's, Jullane J. Jackson's, and DLH Construction and Trucking, Inc.'s Motion for Partial Summary Judgment and Request to Stay shall be moved from October 21, 2016, to November 21, 2016.

Dated October 20, 2016

                                                        **BY THE COURT:**

                                                        s/ Lynn Adelman
                                                        Honorable Lynn Adelman
                                                        United States District Court Judge,
                                                        Eastern District of Wisconsin