UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FIDELITY AND DEPOSIT COMPANY,
OF MARYLAND,

        Plaintiff,

  v.

EDWARD E. GILLEN COMPANY, GARY A.
JACKSON, JULLANE J. JACKSON, and
DLH CONSTRUCTION AND TRUCKING, INC.,

        Defendants.

Case No. 13-CV-1291

## AFFIDAVIT OF SCOTT R. HALLOIN IN SUPPORT OF DEFENDANT EDWARD E. GILLEN COMPANY'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSAL, OF FIDELITY & DEPOSIT COMPANY OF MARYLAND'S FOURTH AMENDED COMPLAINT

STATE OF WISCONSIN    )
                              ) ss
MILWAUKEE COUNTY    )

    I, Scott R. Halloin, Esq., being first duly sworn on oath, depose and state as follows:

    1.    I am one of the attorneys at the law firm of Halloin & Murdock, S.C., which represents the defendants in this matter. I make this affidavit on personal knowledge.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the August 29, 2017 Settlement Agreement.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the cited portions of the August 4, 2015 deposition transcript of Larry Michael.

4. Attached hereto as Exhibit 3 is a true and correct copy of the cited portions of the June 28, 2017 deposition transcript of Marta Drost.

5. Attached hereto as Exhibit 4 is a true and correct copy of deposition Exhibit 14, marked at the September 4, 2015 deposition of DM Studler.

6. Attached hereto as Exhibit 5 is a true and correct copy of the cited portions of the May 9, 2017 deposition transcript of Thomas Homer.

7. Attached hereto as Exhibit 6 is a true and correct copy of the cited portions of the May 23, 2017 deposition transcript of Patrick Hannigan.

8. Attached hereto as Exhibit 7 is a true and correct copy of deposition Exhibit 1, marked at the June 28, 2017 deposition of Marta Drost.

9. Attached hereto as Exhibit 8 is a true and correct copy of deposition Exhibit 8, marked at the June 27, 2017 deposition transcript of Dale Gorsuch.

10. Attached hereto as Exhibit 9 is a true and correct copy of the May 4, 2017 Order in Cook County Consolidated Case No. 12-CH-417.

11. Attached hereto as Exhibit 10 is a true and correct copy of the cited portions of the September 4, 2015 deposition transcript of DM Studler.

12. Attached hereto as Exhibit 11 is a true and correct copy of the July 16, 2015 report of Stephen VanderBloemen.

FURTHER AFFIANT SAYETH NAUGHT.

                                                  s/ Scott R. Halloin
                                                  Scott R. Halloin, Esq.

Signed and sworn to before me
this 22nd day of September 2017.

s/ Kimberly M. Finnigan
Notary Public, State of Wisconsin
My commission expires December 4, 2020.

S:\Clients\Gillen\Eastern District of Wisconsin\Eastern District of Wisconsin (Case No. 13-CV-1291)\Pleadings\Aff. SRH Supp. MSJ.docx