# EXHIBIT 4


# Global Investigation & Forensic Accounting Services

February 21, 2013

<u>Via Electronic Mail (criordan@rmp-llc.com) and (gregory.kilburn@zurichna.com)</u>

Mr. Cornelius F. Riordan
Partner
Riordan McKee & Piper, LLC
Suite 910
20 N. Wacker Drive
Chicago, IL 60606

Mr. Gregory W. Kilburn
Claims Attorney
Zurich North America
1400 American Lane
Schaumburg, IL 60196

  Re: Edward E. Gillen, Co.
  Loss Location: Wisconsin
  Policy No.: Unknown
  Claim No.: 638-0058888
  Our File No.: A4121



Dear Mr. Riordan and Mr. Kilburn:

In accordance with your request, we have analyzed books and records of the above captioned matter to <u>assist</u> you in:

 1) determining whether and when the Tangible Net Worth (as defined in that certain Net Worth Retention Agreement dated February 9, 2009 by and between Gillen and F&D) of Edward E. Gillen, Co. (contractor) declined below $7,500,000.00, and

 2) determining whether Mr. Gary A. Jackson or Ms. Jullane J. Jackson, or any entities affiliated with Mr. Jackson and Ms. Jackson, received funds from Edward E. Gillen, Co. to reduce the Tangible Net Worth of Edward E. Gillen, Co.

This engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation

regarding the sufficiency of the procedures requested either for the purpose for which this report has been requested or for any other purpose.

This report is intended for the use of Zurich North America. The results of our analysis were as follows:

## BACKGROUND

Edward E. Gillen, Co. ("Gillen") was founded by Mr. Edward E. Gillen. After Mr. Gillen retired, he passed the company on to Mr. Andy Jackson. In 1980, Mr. Andy Jackson passed the company on to his sons: Mr. Gary Jackson and Mr. Donald Jackson. Mr. Gary Jackson and Mr. Donald Jackson each had a 50% interest in Gillen. In the early 1990s, Mr. Gary Jackson purchased Mr. Donald Jackson's interest in Gillen. From the 1990s until 2010, Mr. Gary Jackson gifted interest in Gillen to his (Mr. Gary Jackson's) three daughters.

As of 2010, the ownership of Gillen, according to Ms. Jullane Jackson, can be demonstrated as follows:



Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

In February 2012, Gillen reorganized into the following:



SDC did not review any of the legal documents regarding either the reorganization or the sale to Michaels Corporation, and, therefore, is not able to indicate what specific assets were sold or the amount paid for them.

Our contacts for the claimed matter are:

Mr. Steve VanderBloemen
CPA
The VanderBloemen Group
W223 N. 720 Saratoga Dr.
Waukesha, WI 53186
Tel: 262-574-0374
scv@constcpa.com

Ms. Jullane J. Jackson
Law Office of Attorney
Jullane J. Jackson
P.O. Box 114
Cedarburg, WI 53012
Tel: 262-076-2200
jullane@sbcglobal.net



SDC
CPAs
Global Investigation & Forensic Accounting Services

3

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

According to Ms. Jullane Jackson, on September 15, 2009, Gillen entered into and executed a Joint Venture Agreement ("JVA") for three projects referred to in the JVA as the Gateway and 31st Street Harbor Construction Work (Coastal and Landside). Based on information provided by F&D to SDC, SDC understands the joint venture (comprised of F. H. Paschen, Gillen and Skipper Marine) was awarded only one of the three projects contemplated by the JVA, that being the 31st Street Harbor Coastal Contract ("Coastal Contract"). In general, the Coastal Contract involved the dredging and foundation work in the harbor and installation of the boat slips in the water. The involved parties in the Coastal Contract were as follows:



Based on information provided by F&D to SDC, F&D and two other co-sureties issued the performance and payment bonds for the Coastal Contract.

On July 20, 2010, the Joint Venture entered into a subcontract with Gillen ("Gillen Contract") whereby Gillen agreed to provide all labor, material, equipment and supervision required to fabricate, deliver and install all stone sheeting, H-Piles and navigation lights. F&D has advised SDC that Gillen was to perform greater than 90% of the work on the Coastal Contract.

---

[1] According to the JVA, the percentages are for management profits and losses only.



SDC
CPAs
Global Investigation & Forensic Accounting Services

Meanwhile, Gillen entered into a material supply contract with ISP Minerals, Inc. ("ISP Contract") for the furnishing of the stone needed for the Coastal Contract. Per Gillen, after the Coastal Contract began, ISP Minerals was unable to meet its stone production commitment. The ISP Contract was subsequently assigned to DLH Construction & Trucking[2] ("DLH") on April 28, 2010. Per Gillen, as a result of ISP Minerals' inability to meet its stone production commitments, Gillen's equipment and manpower requirements had to be accelerated in order to meet the shortened completion period and to enable the marina's opening by spring 2012 deadline.

On October 26, 2011, Gillen and F.H. Paschen entered into an Advance Payment Agreement whereby F.H. Paschen agreed to advance funds to the Joint Venture, which advanced those funds to Gillen to enable Gillen to meet its payment obligations for the Coastal Contract. According to information provided to SDC by F&D, the owner's payments were behind and, as a result, Gillen was owed several million dollars in the fall of 2011. It was contemplated that Paschen would be repaid when PBC made payment to the JV for Gillen's work.

Per Ms. Juliane Jackson, starting in December 2011, F.H. Paschen failed to advance funds as required by the Advance Payment Agreement. Per Gillen, sometime between January 3, 2012, and January 6, 2012, Gillen advised F.H. Paschen of the payment defaults under the Advance Payment Agreement and of Gillen's intention to stop work until payment was made.

---

[2] According to Zurich, DLH is also an indemnitor to F&D under a separate Indemnity Agreement with F&D, but did not sign a Net Worth Retention Agreement.





SDC CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

On January 5, 2012, the Joint Venture issued to Gillen a document entitled "Notice of Breach and Default ("Notice of breach"). According to the Notice of Breach, the JV claimed that Gillen. had materially violated and otherwise breached various covenants and conditions of the Gillen Contract, including:

- "Failing to provide necessary working capital,
- Failing to comply with work schedules,
- Failing to diligently prosecute its work,
- Failing to sustain financial viability or solvency,
- Failing to timely meet the capital requirements of the Joint Venture, and
- Failing to pay its subcontractors, suppliers and material men in accordance with a certain subcontract as entered into between Edward E. Gillen, Co. and the Joint Venture".

On January 5, 2012, the JV issued to Gillen a separate document entitled "Notice of Default, Breach and Termination" ("Notice of Termination") by which the JV terminated the Gillen Contract based on the following:

- "Failing to sustain financial viability or solvency,
- Failing to timely supply workmen and/or materials,
- Failing to prosecute the work promptly and with diligence,
- Failing to pay for labor, materials and equipment used in the project, and
- By notifying the Joint Venture that it will not return to the project site to complete its work and by thereafter failing to return to the project site to complete all work required pursuant to the Agreement".





SDC
CPAs
Global Investigation & Forensic Accounting Services

On January 6, 2012, the Joint Venture filed a lawsuit against Gillen and Gillen filed a lawsuit against F.H. Paschen Nielson & Associates on April 12, 2012 based on breach of the Advance Payment Agreement, among other things.

On January 9, 2012, Gillen and DLH filed a demand for arbitration against Specialty Granules, Inc. (formerly known as ISP Minerals, Inc.) for breach of the ISP Contract.

ISP (now known as Specialty Granules, Inc.) filed a lawsuit against the Joint Venture on April 16, 2012.

According to Ms. Jullane Jackson, the flow chart of Gillen's subcontractors can be generically demonstrated as follows:



However, the actual relationship, as found by SDC, is set forth on page 8.

During SDC's review of Gillen's bank statements, SDC found a substantial number of disbursements to DLH. SDC questioned Mr. VanderBloemen about these disbursements and was told that DLH was a subcontractor to Gillen. Per Mr. VanderBloemen, Gillen's subcontractors on the Coastal Contract were paid through DLH.




SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

SDC requested a flowchart detailing the retention of <u>all</u> subcontractors by Gillen and DLH. Per Ms. Jackson, Gillen hired DLH, and DLH subcontracted with the following companies to perform work required by the Gillen Contract:

| | |
|---|---|
| Anderson Bros. & Johnson (Michels) | DuRocher Marine |
| Basic Towing | ISP Quarry |
| Busch Marine | Kiel Sand & Gravel |
| Kindra Lake Towing | KK Integrated |
| Kindra Terminal Marina | Super Excavator |

Per Ms. Jackson, all other subcontractors and suppliers were hired directly by Edward E. Gillen, Co.

The flow chart of subcontractors can be demonstrated as follows:






SDC
CPAs
Global Investigation & Forensic Accounting Services

Please note, DLH is owned by the three Jackson sisters. The ownership can be demonstrated as follows:



SDC requested information on the ownership percentages of DLH by the three Jackson siblings. We were told "this is not relevant to your investigation and is not covered under the indemnification agreement" and Ms. Jackson and Gillen refused to provide the requested information.

SDC also requested a flowchart of all other entities (in addition to DLH) affiliated with Gillen. We were again told, "such information is not relevant and not covered under the indemnification or surety agreement. DLH is not owned by, nor affiliated with Gillen."

SDC defers examining the relationships among companies to your expertise.





Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

A timeline of events is as follows:

| 2/2/09 | 9/15/09 | 4/23/10 | 4/28/10 | 10/26/11 | 11/11/11 | 1/5/12 | 1/6/12 | 1/9/12 | 4/12/12 | 4/16/12 | 8/22/12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gillen and DLH Agreements of Indemnity | Date of Joint Venture Agreement | Contract signed between Gillen and ISP | Assignment of purchase and payment obligation issued to ISP and DLH by Gillen concerning the 4/23/10 contract | Advance payment agreement signed; from this date on vendors are paid per instruction of Paschen not Gillen | Forbearance Agreement between Gillen and BMO Harris Bank | Notice of Breach & Default issued by Paschen Gillen Skipper Marine Joint Venture to Gillen and Notice of Default Breach, Termination | Lawsuit filed by Paschen Gillen Skipper Marine Joint Venture against Gillen, Co. | Signed Default Notice Concerning Forbearance Agreement; Complaint filed by Gillen and DLH against Specialty Granules | Lawsuit filed by Gillen against F.H. Paschen | Lawsuit filed by ISP Minerals against Paschen Gillen Skipper Marine Joint Venture | Amended Forbearance Agreement between Gillen and BMO Harris Bank |

# FINDINGS

## Analysis of Edward E. Gillen, Co.'s Net Worth

Per your request, SDC reviewed the Net Worth Retention Agreement to determine whether
Gillen allowed the Tangible Net Worth to be less than $7,500,000.00 from February 2, 2009 to
present, including whether there was $7,500,000.00 net worth as of February 2, 2009. According
to the bond addendum, tangible net worth is defined as:

> "TANGIBLE NET WORTH means, as of any applicable date of determination and as to the
> Contractor, the excess of (i) the net book value of all events (other than all items of indebtedness,
> obligation or liability due from affiliates, including stockholders, and intangible assets) of
> Contractor after all appropriate deductions (including, without limitation, reserves for doubtful
> receivables, deferred tax assets, obsolescence, depreciation, and amortization), all as determined in
> accordance with GAAP, over (ii) all debt of Contractor."





SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

Per SDC's analysis, SDC calculated Tangible Net Worth as:

Cash
Tangible Assets
(Plant, Land, Inventory & Equipment)
Total Tangible Assets
Less: Liabilities
(Current & Long-Term)
Tangible Net Worth

Please note, SDC took a conservative approach and included cash, even though cash is not always considered tangible as to having physical substance.

Based on SDC's review of Gillen's U.S. Income Tax Returns for an S. Corporation (1120S) for the periods of 2009 through 2011 (tax year ends 12/31), Gillen's financial statements for the periods 2005 through 2008 (Gillen's reported on a calendar year basis), a spreadsheet prepared by Zurich North America (found in the underwriting file) and Gillen's audited financial statements for 2009 and 2010 prepared by The VanderBloemen Group, SDC calculated and compared Gillen's Tangible Net Worth as follows (Schedule 1):

| Description | Per Tax Return | | | Reference |
| | 2009 | 2010 | 2011 | |
| --- | --- | --- | --- | --- |
| Total Tangible Assets | $9,656,981.00 | $11,214,517.00 | $10,708,782.00 | Schedule 2 |
| Less: Liabilities | 5,943,140.00 | 20,456,576.00 | 30,509,772.00 | Schedule 2 |
| Tangible Net Worth | $3,713,841.00 | ($9,242,059.00) | ($19,800,990.00) | |





SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

SDC reviewed the U.S. Federal Tax Returns for Gillen provided for 2009 through 2011 and the audited financial statement information provided for 2005 through 2010. The 2005 through 2009 information was detailed in a Zurich North America underwriting memorandum. The 2009 and 2010 audited financial statements were provided by Mr. VanderBloemen. SDC confirmed the 2009 information in the Zurich North America memorandum was equivalent (i.e., no material difference) to that contained in the audited financial statement from Mr. VanderBloemen.

Please note, SDC requested Gillen provide the audited financial statements for, at minimum, 2009 through 2011. We were told the audited financial statement for 2011 was not prepared. SDC received audited financial statements for 2009 and 2010. Therefore, SDC is unable to confirm the Tangible Net Worth amount for 2011 based on the audited financial statement.

SDC reviewed the documentation in the Zurich North America memorandum for 2005 through 2008 and calculated the Tangible Net Worth of Gillen.

| Description | Per Audited Financial Statements | | | | | |
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Total Tangible Assets | $8,085,142.00 | $9,583,665.00 | $8,506,409.00 | $9,722,268.00 | $9,656,981.00 | $11,214,523.00 |
| Less: Liabilities | 17,131,359.00 | 17,141,705.00 | 12,852,304.00 | 14,496,581.00 | 8,048,248.00 | 20,758,451.00 |
| Tangible Net Worth | ($9,046,217.00) | ($7,558,040.00) | ($4,345,895.00) | ($4,774,313.00) | $1,608,733.00 | ($9,543,928.00) |

SDC defers to your expertise the issue of the audited financial statement for 2011 being not prepared or prepared, but not provided, for SDC's and Zurich North America's review. SDC also defers to your expertise Gillen's explanation as to why the audited financial statement for 2011 was not prepared.




SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

We understand there was a write-up in the underwriting file on April 16, 2009 detailing the audited financial statements for 2005 through 2009. SDC defers to your expertise any and all issues in the underwriting files and information.

### Determining Whether Mr. Gary A. Jackson, Ms. Jullane J. Jackson or Affiliated Entities Received Funds

The next step in our review was to determine whether Mr. Gary A. Jackson or Ms. Jullane J. Jackson, or any entities affiliated with Mr. Jackson and Ms. Jackson, received funds from Gillen to reduce the Tangible Net Worth of Gillen. On Schedule 6, SDC detailed disbursements from Gillen's general bank account in the period of 2010 through 2011. Please note, SDC focused on the period of 2010 through 2011 due to the significant change in Tangible Net Worth from 2010 and 2011 (Schedule 1).

Based on our review, SDC found the following disbursements in 2010 and 2011 from the general account:

| Disbursed To | Amount |
|---|---|
| Attorney Jullane Jackson | $141,910.05 |
| DLH Construction & Truck | 10,037,175.47 |
| Gary Jackson/Dividend | 547,501.78 |
| Total | $10,726,587.30 |

SDC questioned Mr. VanderBloemen as to the substantial number of disbursements to DLH. We were told DLH was a subcontractor of Gillen and Gillen's subcontractors were paid through DLH. Per Ms. Jullane Jackson, DLH is owned by Ms. Jullane Jackson, Ms. Andrea Jackson and Ms. Kristin Jackson.




SDC CPAs
Global Investigation & Forensic Accounting Services

13

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

On Schedule 4, SDC detailed the flow of monies from Gillen to DLH to the vendors/subcontractors as follows (Schedule 7):

| Per Actual Checks (See Schedule 8) | | Per Gillen Accounts Payable Check Report | | DLH Payments to Subcontractors Per Custom Transaction Detail Report | |
|---|---|---|---|---|---|
| Period | Amount | Period | Amount | Period | Amount |
| 2010 | $4,062,652.22 | 2010 | $4,514,002.27 | 2010 | $4,394,619.31 |
| 2011 | 5,974,523.25 | 2011 | 10,873,695.93 | 2011 | 10,393,206.52 |
| Total | $10,037,175.47 | | $15,387,698.20 | | $14,787,825.83 |

Please note, the difference in amount between actual checks of $10,037,175.47 and the amount, per Gillen's Accounts Payable Check Report, of $15,387,698.20 is due to some actual check images not provided.

Based on Schedule 4, in the period of 2010 through 2011, Gillen distributed $15,387,698.20 to DLH. In the same period, DLH supposedly paid $14,787,825.83 to the subcontractors. Without DLH's cancelled checks, SDC cannot confirm the payments and payees by DLH were actually made to subcontractors.

(continues on the following page)




SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

# SUMMARY

Schedule 1 provides a summary as follows:

| Description | Per Tax Return | | |
|---|---|---|---|
| | 2009 | 2010 | 2011 |
| Total Tangible Assets | $9,656,981.00 | $11,214,517.00 | $10,708,782.00 |
| Less: Liabilities | 5,943,140.00 | 20,456,576.00 | 30,509,772.00 |
| Tangible Net Worth | $3,713,841.00 | ($9,242,059.00) | ($19,800,990.00) |

| Description | Per Audited Financial Statements | | | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Total Tangible Assets | $8,085,142.00 | $9,583,665.00 | $8,506,409.00 | $9,722,268.00 | $9,656,981.00 | $11,214,523.00 |
| Less: Liabilities | 17,131,359.00 | 17,141,705.00 | 12,852,304.00 | 14,496,581.00 | 8,048,248.00 | 20,758,451.00 |
| Tangible Net Worth | ($9,046,217.00) | ($7,558,040.00) | ($4,345,895.00) | ($4,774,313.00) | $1,608,733.00 | ($9,543,928.00) |

SDC defers all policy (bond) issues to your expertise.

Please note, SDC requested, and was not provided with, the following documentation and information:

1) All purchase orders and invoices issued by subcontractors to Gillen and to DLH for 2009. We were told:

   *"This information is not necessary nor relevant for DLH and will not be provided. This information is unduly burdensome for Gillen. We will make the boxes of documents available to you, at your request, with advance notice. There are approximately ten large banker boxes for this information and it is stored offsite."*



SDC
CPAs
Global Investigation & Forensic Accounting Services

2) All purchase orders and invoices issued by DLH to Gillen for 2009. We were told:

   *"There are none for 2009."*

3) Please provide information on ownership percentage of DLH. We were told:

   *"This is not relevant to your investigation and is not covered under the indemnification agreement."*

4) Please provide <u>entire</u> tax returns for DLH for the period of 2009 through present. We were told:

   *"This is not relevant to your investigation and is not covered under the surety nor indemnification agreement."*

5) Please provide audited financial statements for DLH for the period of 2009 through present. We were told:

   *"This is not relevant to your investigation and is not covered under the indemnification agreement. However, please note that DLH does not have audited financial statements in any tax year."*




SDC CPAs
Global Investigation & Forensic Accounting Services

6) Please provide copies of general ledgers and trial balances for Gillen for the period of 2009 through present. We were told:

*"This information is available for viewing at the office of the company's accountant upon request with reasonable advance notice."*

7) Please provide contact information or the opportunity to speak with Mr. Ronald Carter, Gillen's controller. We were told:

*"Ron Carter, Gillen's prior controller, is retired and is no longer employed by Gillen. This request is not required under the indemnification and surety agreement. If you want to pursue this, please provide a list of questions that you would address to Mr. Carter, and I will ascertain what his hourly rates would be for such consultation and whether he would be agreeable."*

8) Please provide bank statements, <u>along with copies of cancelled checks (front and back)</u> for <u>all</u> of DLH's bank accounts. We were told:

*"This is not relevant. DLH has no bonds with your company. You have no right to obtain financial or other information from DLH. However, the following information is attached."*





SDC
CPAs
Global Investigation & Forensic Accounting Services

9) Please provide check register history for <u>all</u> of DLH's bank accounts for the period of 2009 through present. We were told:

*"This is not at all relevant for either company, and especially for DLH. Tax filings for 2009 show that the company's tangible net worth was above $7.5 million at the end of the 2009 year and therefore the 2009 information is not relevant. However, we have attached a copy of the below stated documents."*

10) Please provide a flowchart of any and all other entities (in addition to DLH) affiliated with Gillen. Please provide the name of the owners and their interest percentage. We were told:

*"Such information is not relevant and not covered under the indemnification or surety agreement. DLH is not owned by nor affiliated with Gillen."*

11) Please provide a list of Gillen's other projects with Paschen and Skipper. We were told:

*"There are currently no other projects with Skipper Marine. If you are seeking past information, note that Gillen has had many projects over the years with Paschen. Please be specific as to time periods."*




SDC
CPAs
Global Investigation & Forensic Accounting Services

Mr. Cornelius F. Riordan and Mr. Gregory W. Kilburn
Re: Edward E. Gillen, Co.
Claim No. 638-0058888
February 21, 2013

SDC received the following in response to requests Nos. 10 and 11:

- Gillen's Accounts Payable Check Report for June 2010 to December 2010 and 2011
- DLH's Accounts Payable Report for 2010 and 2011
- DLH's Accounts Receivable Report for 2010 and 2011
- DLH's summary of receipts and payments for 2010 and 2011
- Gillen's Accounts Payable Check Report for 2009
- Sales and transaction list by vendor report for 2009

SDC has not shared its findings with Gillen. However, we will gladly do so upon your request.

We were not engaged to and did not perform an examination, the objective of which would be the expression of an opinion on the truth and fairness of the financial information provided for our review. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Upon receipt and review of this report, please contact Marta Drost or DM Studler, of our firm, to discuss how you wish to proceed.

Sincerely,

*SDC CPAs, LLC*

SDC CPAs, LLC

Enclosures

328



## COMPARISON OF CALCULATED TANGIBLE NET WORTH
### PER FEDERAL TAX RETURN AND AUDITED FINANCIAL STATEMENTS

| Description | Per Tax Return | | | Reference |
|---|---|---|---|---|
| | 2009 | 2010 | 2011 | |
| Total Tangible Assets | $9,656,981.00 | $11,214,517.00 | $10,708,782.00 | Schedule 2 |
| Less: Liabilities | 5,943,140.00 | 20,456,576.00 | 30,509,772.00 | Schedule 2 |
| Tangible Net Worth | $3,713,841.00 | ($9,242,059.00) | ($19,800,990.00) | |

| Description | Per Audited Financial Statements | | | | | | Reference |
|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | |
| Total Tangible Assets | $8,085,142.00 | $9,583,665.00 | $8,506,409.00 | $9,722,268.00 | $9,656,981.00 | $11,214,523.00 | Schedule 4 |
| Less: Liabilities | 17,131,359.00 | 17,141,705.00 | 12,852,304.00 | 14,496,581.00 | 8,048,248.00 | 20,758,451.00 | Schedule 4 |
| Tangible Net Worth | ($9,046,217.00) | ($7,558,040.00) | ($4,345,895.00) | ($4,774,313.00) | $1,608,733.00 | ($9,543,928.00) | |

### DETAIL OF TANGIBLE AND INTANGIBLE PER FEDERAL TAX RETURN

| | | 2009 – Per Schedule 3 | | | 2010 – Per Schedule 3 | | | 2011 – Per Schedule 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref. No. | Description | Tangible Net Worth As Deferred in Policy | Intangible | Total | Tangible Net Worth As Deferred in Policy | Intangible | Total | Tangible Net Worth As Deferred in Policy | Intangible | Total |
| | **Assets** | | | | | | | | | |
| 1 | Cash | $86,802.00 | | $86,802.00 | $60,200.00 | | $60,200.00 | $961,318.00 | | $961,318.00 |
| 2a | Trade notes and accounts receivable | | $7,232,674.00 | 7,232,674.00 | | $18,207,625.00 | 18,207,625.00 | | $8,855,590.00 | 8,855,590.00 |
| 2b | Less allowance for bad debt | | (50,000.00) | (50,000.00) | | (50,000.00) | (50,000.00) | | | (50,000.00) |
| 3 | Inventories | 2,306,424.00 | | 2,306,424.00 | 2,417,507.00 | | 2,417,507.00 | 1,830,000.00 | | 1,830,000.00 |
| 4 | U.S. government obligations | | | | | | | | | |
| 5 | Tax-exempt securities | | | | | | | | | |
| 6 | Other Current Assets | | | | | | | | | |
| | Note Receivable - Current Portion | | | | 9,168.00 | | 9,168.00 | | | |
| | Other Current Assets | | 166,530.00 | 166,530.00 | 170,091.00 | | 170,091.00 | | 234,717.00 | 234,717.00 |
| | Prepaid Loan Fees | | 3,019.00 | 3,019.00 | 4,467.00 | | 4,467.00 | | 4,467.00 | 4,467.00 |
| | Prepaid Insurance | | 74,192.00 | 74,192.00 | | | | | | |
| | Under billings | | 1,686,097.00 | 1,686,097.00 | 290,815.00 | | 290,815.00 | | 5,026,857.00 | 5,026,857.00 |
| 7 | Loans to shareholders | | | | | | | | | |
| 8 | Mortgage and real estate loans | | | | | | | | | |
| 9 | Other investment | | | | | | | | | |
| 10a | Buildings and other depreciable assets | 24,025,784.00 | | 24,025,784.00 | 27,093,705.00 | | 27,093,705.00 | 27,250,637.00 | | 27,250,637.00 |
| 10b | Less accumulated depreciation | (16,781,062.00) | | (16,781,062.00) | (18,375,928.00) | | (18,375,928.00) | (19,352,206.00) | | (19,352,206.00) |
| 11a | Depletable assets | | | | | | | | | |
| 11b | Less accumulated depletion | | | | | | | | | |
| 12 | Land (net of any amortization) | 19,033.00 | | 19,033.00 | 19,033.00 | | 19,033.00 | 19,033.00 | | 19,033.00 |
| 13a | Intangible assets (amortizable only) | | | | | | | | | |
| 13b | Less accumulated amortization | | | | | | | | | |
| 14 | Other assets | | 5,770.00 | 5,770.00 | | | | | | |
| | Capital Construction Fund | | | | | 5,608.00 | 5,608.00 | | 5,431.00 | 5,431.00 |
| | Note Receivable - Long Term Portion | | | | | 84,116.00 | 84,116.00 | | | |
| 15 | Total assets | $9,656,981.00 | $9,118,282.00 | $18,775,253.00 | $11,214,517.00 | $18,721,890.00 | $29,936,407.00 | $10,708,782.00 | $14,127,062.00 | $24,835,844.00 |
| | **Liabilities** | | | | | | | | | |
| 16 | Accounts payable | $1,489,036.00 | | $1,489,036.00 | $3,169,926.00 | | $3,169,926.00 | $4,730,989.00 | | $4,730,989.00 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | 2,521,068.00 | | 2,521,068.00 | 6,868,976.00 | | 6,868,976.00 | 7,639,697.00 | | 7,639,697.00 |
| 18 | Other current liabilities | | | | | | | | | |
| | Accrued Interest | | | | 20,924.00 | | 20,924.00 | 28,575.00 | | 28,575.00 |
| | Accrued Payroll | 481,181.00 | | 481,181.00 | 612,557.00 | | 612,557.00 | 596,418.00 | | 596,418.00 |
| | Accrued Professional Fees | 71,350.00 | | 71,350.00 | 86,450.00 | | 86,450.00 | 244,715.00 | | 244,715.00 |
| | Accrued S Corp Distributions | 37,600.00 | | 37,600.00 | 224,506.00 | | 224,506.00 | | | |
| | Joint Venture | | | | | | | 5,019,171.00 | | 5,019,171.00 |
| | Other Accruals | 371,333.00 | | 371,333.00 | 327,834.00 | | 327,834.00 | 1,476,829.00 | | 1,476,829.00 |
| | Overbillings | 971,572.00 | | 971,572.00 | 1,053,465.00 | | 1,053,465.00 | 605,791.00 | | 605,791.00 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 8,091,936.00 | | 8,091,936.00 | 10,167,587.00 | | 10,167,587.00 |
| 21 | Other liabilities | | | | | | | | | |
| | Total liabilities | $5,943,140.00 | $0.00 | $6,943,140.00 | $20,456,576.00 | $0.00 | $20,456,576.00 | $30,509,772.00 | $0.00 | $30,509,772.00 |
| | **Shareholders' Equity** | | | | | | | | | |
| 19 | Loans from shareholders | | $2,105,112.00 | $2,105,112.00 | | $301,875.00 | $301,875.00 | | $470,659.00 | $470,659.00 |
| 22 | Capital stock | | 35,928.00 | 35,928.00 | | 35,928.00 | 35,928.00 | | 35,928.00 | 35,928.00 |
| 23 | Additional paid-in capital | | | | | | | | | |
| 24 | Retained earnings | | | | | | | | | |
| | Balance at beginning of year | | 13,898,419.00 | 13,898,419.00 | | 13,691,083.00 | 13,691,083.00 | | 12,142,028.00 | 12,142,028.00 |
| | Net income per books | | 625,398.00 | 625,398.00 | | (1,073,926.00) | (1,073,926.00) | | (15,307,049.00) | (15,307,049.00) |
| | Distributions | | (832,734.00) | (832,734.00) | | (475,129.00) | (475,129.00) | | (240,000.00) | (240,000.00) |
| | Increase in appropriated retained earnings | | | | | | | | 224,506.00 | 224,506.00 |
| 25 | Adjustments to shareholders' equity | | | | | | | | | |
| 26 | Less cost of treasury stock | | (3,000,000.00) | (3,000,000.00) | | (3,000,000.00) | (3,000,000.00) | | (3,000,000.00) | (3,000,000.00) |
| 27 | Total Shareholders' Equity | $0.00 | $12,832,123.00 | $12,832,123.00 | $0.00 | $9,479,831.00 | $9,479,831.00 | $0.00 | ($5,673,928.00) | ($5,673,928.00) |

## DETAIL OF PROVIDED FEDERAL TAX RETURN

| Ref. No. | Description | 2009 Amount | 2010 Amount | 2011 Amount |
|---|---|---|---|---|
| | **Assets** | | | |
| 1 | Cash | $86,802.00 | $60,200.00 | $961,318.00 |
| 2a | Trade notes and accounts receivable | 7,232,674.00 | 18,207,625.00 | 8,855,590.00 |
| 2b | Less allowance for bad debt | (50,000.00) | (50,000.00) | 0.00 |
| 3 | Inventories | 2,306,424.00 | 2,417,507.00 | 1,830,000.00 |
| 4 | U.S. government obligations | | | |
| 5 | Tax-exempt securities | | | |
| 6 | Other Current Assets | | | |
| | Note Receivable - Current Portion | | 9,168.00 | 0.00 |
| | Other Current Assets | 166,530.00 | 170,091.00 | 234,717.00 |
| | Prepaid Loan Fees | 3,019.00 | 4,467.00 | 4,467.00 |
| | Prepaid Insurance | 74,192.00 | | |
| | Under billings | 1,686,097.00 | 290,815.00 | 5,026,857.00 |
| | Subtotal | 1,929,838.00 | 474,541.00 | 5,266,041.00 |
| | | | | |
| 7 | Loans to shareholders | | | |
| 8 | Mortgage and real estate loans | | | |
| 9 | Other investment | | | |
| 10a | Buildings and other depreciable assets | 24,025,784.00 | 27,093,705.00 | 27,250,637.00 |
| 10b | Less accumulated depreciation | (16,781,062.00) | (18,375,928.00) | (19,352,206.00) |
| 11a | Depletable assets | | | |
| 11b | Less accumulated depletion | | | |
| 12 | Land (net of any amortization) | 19,033.00 | 19,033.00 | 19,033.00 |
| 13a | Intangible assets (amortizable only) | | | |
| 13b | Less accumulated amortization | | | |
| 14 | Other assets | | | |
| | Capital Construction Fund | 5,770.00 | 5,608.00 | 5,431.00 |
| | Note Receivable - Long Term Portion | 0.00 | 84,116.00 | 0.00 |
| | Subtotal | 5,770.00 | 89,724.00 | 5,431.00 |
| | | | | |
| 15 | Total assets | $18,775,263.00 | $29,936,407.00 | $24,835,844.00 |
| | | | | |
| | **Liabilities and Shareholders' Equity** | | | |
| 16 | Accounts payable | $1,489,036.00 | $3,169,926.00 | $4,730,989.00 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | 2,521,068.00 | 6,868,976.00 | 7,639,697.00 |
| 18 | Other current liabilities | | | |
| | Accrued Interest | 0.00 | 20,924.00 | 28,575.00 |
| | Accrued Payroll | 481,181.00 | 612,557.00 | 596,418.00 |
| | Accrued Professional Fees | 71,350.00 | 86,450.00 | 244,715.00 |
| | Accrued S Corp Distributions | 37,600.00 | 224,508.00 | 0.00 |
| | Joint Venture | | 0.00 | 5,019,171.00 |
| | Other Accruals | 371,333.00 | 327,834.00 | 1,476,829.00 |
| | Overbillings | 971,572.00 | 1,053,465.00 | 605,791.00 |
| | Subtotal | 1,933,036.00 | 2,325,738.00 | 7,971,499.00 |
| | | | | |
| 19 | Loans from shareholders | 2,105,112.00 | 301,875.00 | 470,659.00 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 8,091,936.00 | 10,167,587.00 |
| 21 | Other liabilities | | | |
| 22 | Capital stock | 35,928.00 | 35,928.00 | 35,928.00 |
| 23 | Additional paid-in capital | | | |
| 24 | Retained earnings | | | |

## DETAIL OF PROVIDED FEDERAL TAX RETURN

| Ref. No. | Description | 2009 Amount | 2010 Amount | 2011 Amount |
|---|---|---|---|---|
| | Balance at beginning of year | 13,898,419.00 | 13,691,083.00 | 12,142,028.00 |
| | Net income per books | 625,398.00 | (1,073,926.00) | (15,307,049.00) |
| | Distributions | (832,734.00) | (475,129.00) | (240,000.00) |
| | Increase in appropriated retained earnings | | | 224,506.00 |
| | | 13,691,083.00 | 12,142,028.00 | (3,180,515.00) |
| 25 | Adjustments to shareholders' equity | | | |
| 26 | Less cost of treasury stock | (3,000,000.00) | (3,000,000.00) | (3,000,000.00) |
| 27 | Total liabilities and shareholders' equity | $18,775,263.00 | $29,936,407.00 | $24,835,844.00 |

ETAIL OF TANGIBLE AND INTANGIBLE PER AUDITED FINANCIAL STATEMENTS

| Per Zurich | | | | | | | | | Per Audited Financi d Statements | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Per Schedule 6 | | 2008 - Per Schedule 6 | | | 2008 - Per Schedule 6 | | | 2009 - Per Schedule 6 | | | 2010 - Per Schedule 6 | | |
| | | Tangible Net Worth As Deferred | | | Tangible Net Worth As Deferred | | | Tangible Net Worth As Deferred | | | Tangible Net Worth As Deferred | | |
| Intangible | Total | In Policy | Intangible | Total | In Policy | Intangible | Total | In Policy | Intangible | Total | In Policy | Intangible | Total |
| $94,523 00 | $149,079 00 | $149,079 00 | | $149,079 00 | $86,802.00 | | $86,802.00 | $86,802 00 | | $86,902.00 | $95,206.00 | | $95,206.00 |
| $10,208,857.00 | 10,208,857.00 | $13,159,215 00 | $13,159,215.00 | 13,159,215.00 | | $7,182,674 00 | 7,182,674.00 | $7,182,674.00 | 7,182,674.00 | | | $18,157,825.00 | 18,157,825.00 |
| 2,887,409.00 | 2,887,409.00 | 2,039,000.00 | 2,039,000.00 | 2,039,008.00 | 1,686,087.00 | 1,686,087 00 | 1,686,087 00 | 1,686,697 00 | 1,686,697 00 | | 1,435,358 00 | 1,435,358.00 | 1,435,358.00 |
| 1,789,940.00 | 1,789,940.00 | 2,524,562.00 | | 2,524,562.00 | 2,306,424.00 | | 2,306,424 00 | 2,306,424.00 | 2,306,424.00 | 2,417,507 00 | | 2,417,507.00 | 2,417,507.00 |
| 113,164.00 | 113,164 00 | 58,191 00 | 58,191 00 | 58,191 00 | | 86,363.00 | 86,363.00 | 86,363.00 | 86,363.00 | | | 4,467.00 | 4,467.00 |
| | | | | | | | | 0.00 | | | | 9,168 00 | 9,168.00 |
| | | | | | | | | 22,339,856 00 | | 22,339,656.00 | 25,349,540.00 | | 25,349,540.00 |
| | | | | | | | | 158,612.00 | | 158,612.00 | 158,912.00 | | 158,912.00 |
| | | | | | | | | 179,294.00 | | 179,294.00 | 179,294 00 | | 179,294.00 |
| | | | | | | | | 1,026,556.00 | | 1,026,556.00 | 1,026,565.00 | | 1,026,565 00 |
| | | | | | | | | 341,299.00 | | 341,299 00 | 398,737.00 | | 398,737 00 |
| | | | | | | | | (16,781,063 00) | | (16,781,063 00) | (18,775,928 00) | | (18,775,928 00) |
| | 6,041,549.00 | 7,048,638 00 | | 7,048,529 00 | 7,263,735.00 | | 7,263,735.00 | 0.00 | | 0.00 | | 84,116 00 | 84,116 00 |
| | | | | | | | 0.00 | 155,348.00 | 155,348 00 | | 170,091.00 | | 170,091.00 |
| | | | | | | | | 5,770.00 | 5,770.00 | | 9,406.00 | | 9,406 00 |
| 5,978.00 | 5,978.00 | | 442,480.00 | 442,450.00 | | 161,118.00 | 141,118.00 | | | | | | |
| $13,016,408.00 | $21,522,815.00 | $9,772,268.00 | $15,738,664.00 | $25,430,932.00 | $9,656,961.00 | $9,118,282.00 | $18,775,283.00 | $8,649,961.00 | $9,119,282.00 | $18,775,263.00 | $11,214,523.00 | $19,866,633.00 | $31,081,156.00 |
| | $3,081,830.00 | $4,203,761.00 | | $4,203,761.00 | $2,521,088.00 | | $2,521,088.00 | $505,563.00 | | $505,563 00 | $5,615,088.00 | | $5,615,088.00 |
| | | | | | | | | 491,181.00 | | 491,181.00 | 612,557.00 | | 612,557.00 |
| | 1,359,823 00 | 1,479,341.00 | | 1,479,341.00 | 1,489,236.00 | | 1,489,236.00 | 1,489,036 00 | | 1,489,034.00 | 3,149,926 00 | | 3,149,926.00 |
| | 638,703 00 | 1,019,724.00 | | 1,019,724.00 | 971,572.00 | | 971,572.00 | 971,572.00 | | 871,372.00 | 1,063,485.00 | | 1,063,485.00 |
| | 349,350.00 | 481,200 00 | | 481,200.00 | 37,600.00 | | 37,800.00 | 37,600.00 | | 37,600.00 | 224,508.00 | | 224,508.00 |
| | 1,813,576.00 | 1,777,159.00 | | 1,777,159.00 | 923,560.00 | | 923,660.00 | 442,679.00 | | 442,679.00 | 435,208.00 | | 435,208.00 |
| | | | | | | | | 2,015,905.00 | | 2,015,905.00 | 1,053,908.00 | | 1,053,908.00 |
| | 5,377,428 00 | 5,535,396.00 | | 5,535,396.00 | 2,105,112.00 | | 2,105,112.00 | 2,105,112.00 | | 2,105,112.00 | 8,051,536.00 | | 8,051,536.00 |
| | | | | | | | | 0.00 | | 0.00 | 301,875.00 | | 301,875.00 |
| $0.00 | $12,682,784.00 | $14,496,581.00 | $0.00 | $14,496,681.00 | $8,048,248.00 | $0.00 | $8,048,248.00 | $8,048,248.00 | $0.00 | $8,048,248.00 | $20,758,451.00 | $0.00 | $39,768,461.00 |
| $36,928 00 | $36,928 00 | $35,808.00 | $35,808.00 | $35,808.00 | $35,808.00 | $36,908.00 | $36,908.00 | | $33,800.00 | $33,800.00 | | $33,800.00 | $33,800.00 |
| 11,634,583.00 | 11,634,583.00 | | 13,698,423.00 | 13,698,423.00 | | 13,691,267.00 | 13,691,267.00 | | 2,128.00 | 2,128.00 | | 2,128.00 | 2,128.00 |
| (3,000,000 00) | (3,000,000.00) | | (3,000,000.00) | (3,000,000.00) | | (3,000,000.00) | (3,000,000.00) | | 13,691,087.00 | 13,691,087.00 | | 13,286,777.00 | 13,286,777.00 |
| | | | | | | | 0.00 | | (3,000,000 00) | (3,000,000.00) | | (3,000,000.00) | (3,000,000.00) |
| $8,670,511.00 | $8,670,511.00 | $0.00 | $10,934,331.00 | $10,934,351.00 | $0.00 | $10,727,095.00 | $10,727,095.00 | $0.00 | $10,727,215.00 | $10,727,215.00 | $0.00 | $10,322,705.00 | $10,322,705.00 |

## DETAIL OF GILLEN'S FINANCIAL STATEMENT PREPARED BY ZURICH

| Description | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash | $287,768.00 | $152,127.00 | $94,523.00 | $149,078.00 | $86,802.00 |
| Accounts Receivable | 9,179,778.00 | 7,190,608.00 | 4,054,800.00 | 6,620,539.00 | 2,830,476.00 |
| Retainage | 2,811,963.00 | 4,718,538.00 | 4,412,122.00 | 4,944,405.00 | 2,513,984.00 |
| C&E>Billings from Work In Progress | 1,971,792.00 | 2,407,005.00 | 2,687,409.00 | 2,039,008.00 | 1,686,097.00 |
| C&E>Billings from Completed Contracts | 450,863.00 | | | | |
| AR>180 days | | 479,000.00 | 1,031,935.00 | 983,164.00 | 1,095,894.00 |
| AR>90 but collected<180 days | | 464,961.00 | 711,000.00 | 620,907.00 | 742,340.00 |
| Inventory | 1,082,411.00 | 1,985,281.00 | 1,769,940.00 | 2,524,562.00 | 2,306,424.00 |
| Prepaid Assets | 378,191.00 | 138,095.00 | 113,164.00 | 58,191.00 | 88,393.00 |
| Total Current Assets | 16,162,766.00 | 17,535,615.00 | 14,874,893.00 | 17,939,854.00 | 11,350,390.00 |
| | | | | | |
| **Equipment And Property** | | | | | |
| Plant and Equipment Net | 6,714,963.00 | | | | |
| Equipment Cost | | 19,419,122.00 | 19,748,572.00 | 20,573,337.00 | 22,339,058.00 |
| Total Depreciation | | (13,672,620.00) | (14,881,713.00) | (15,311,941.00) | (16,781,063.00) |
| Land & Land Improvements | | 158,612.00 | 158,612.00 | 158,612.00 | 158,612.00 |
| Office Equipment | | 405,831.00 | 410,626.00 | 422,771.00 | 341,299.00 |
| Buildings & Improvements | | 956,018.00 | 1,026,555.00 | 1,026,555.00 | 1,026,555.00 |
| Dock | | 179,294.00 | 179,294.00 | 179,294.00 | 179,294.00 |
| Total Equipment And Property | 6,714,963.00 | 7,446,257.00 | 6,641,946.00 | 7,048,628.00 | 7,263,755.00 |
| | | | | | |
| **Other Assets** | | | | | |
| Other Assets | 448,955.00 | | | | |
| WIP Equipment & Shop Improvements | | 49,989.00 | 2,907.00 | 34,855.00 | 155,348.00 |
| Capital Construction Fund | | 2,792.00 | 3,069.00 | 407,595.00 | 5,770.00 |
| Total Other Assets | 448,955.00 | 52,781.00 | 5,976.00 | 442,450.00 | 161,118.00 |
| | | | | | |
| Total Assets | $23,326,684.00 | $25,034,653.00 | $21,522,815.00 | $25,430,932.00 | $18,775,263.00 |
| | | | | | |
| **Current Liabilities** | | | | | |
| Bank Line of Credit | $1,192,514.00 | $2,215,841.00 | $2,240,454.00 | $3,487,414.00 | $505,563.00 |
| Equipment Loans | 1,066,473.00 | 809,255.00 | 821,176.00 | 716,347.00 | 2,015,505.00 |
| Accounts Payable | 4,766,186.00 | 3,491,447.00 | 1,599,623.00 | 1,479,341.00 | 1,489,036.00 |
| Billings>C&E From Work In Progress | 1,999,652.00 | 1,120,806.00 | 639,703.00 | 1,019,724.00 | 971,572.00 |
| Accruals | 3,124,765.00 | 2,448,443.00 | 1,813,570.00 | 1,777,159.00 | 923,860.00 |
| Accrued Shareholders Dist. For Taxes | | 882,150.00 | 360,350.00 | 481,200.00 | 37,600.00 |
| Total Current Liabilities | 12,149,590.00 | 10,967,942.00 | 7,474,876.00 | 8,961,185.00 | 5,943,136.00 |
| | | | | | |
| Equipment Loans | 4,981,769.00 | 6,173,763.00 | 5,377,428.00 | 5,535,396.00 | 2,105,112.00 |
| Total Deferred Liabilities | 4,981,769.00 | 6,173,763.00 | 5,377,428.00 | 5,535,396.00 | 2,105,112.00 |
| | | | | | |
| Total Liabilities | $17,131,359.00 | $17,141,705.00 | $12,852,304.00 | $14,496,581.00 | $8,048,248.00 |
| | | | | | |
| **Stockholders' Equity** | | | | | |
| Common Stock | $35,928.00 | $35,928.00 | $35,928.00 | $35,928.00 | $35,928.00 |
| Treasury Stock | (3,000,000.00) | (3,000,000.00) | (3,000,000.00) | (3,000,000.00) | (3,000,000.00) |
| Retained Earnings | 9,159,397.00 | 10,857,020.00 | 11,634,583.00 | 13,898,423.00 | 13,691,087.00 |
| Total Equity | $6,195,325.00 | $7,892,948.00 | $8,670,511.00 | $10,934,351.00 | $10,727,015.00 |

## DETAIL OF GILLEN'S AUDITED FINANCIAL STATEMENT
## PREPARED BY VANDERBLOEMEN (GILLEN'S CPA)

| Description | 2009 | 2010 |
|---|---|---|
| **Current Assets** | | |
| Cash | $86,802.00 | $60,206.00 |
| Accounts Receivable | 7,182,674.00 | 18,157,625.00 |
| Cost and Estimated Earnings in Excess of Billings on Contracts in Progress | 1,686,097.00 | 1,435,558.00 |
| Inventory | 2,306,424.00 | 2,417,507.00 |
| Prepaid Expenses | 88,393.00 | 4,467.00 |
| Current Portion of Notes Receivable | | 9,168.00 |
| Total Current Assets | 11,350,390.00 | 22,084,531.00 |
| | | |
| **Equipment And Property** | | |
| Machinery and Equipment | 22,339,058.00 | 25,349,540.00 |
| Land and Land Improvements | 158,612.00 | 158,612.00 |
| Dock | 179,294.00 | 179,294.00 |
| Buildings and Improvements | 1,026,555.00 | 1,026,555.00 |
| Office Equipment | 341,299.00 | 398,737.00 |
| Less Accumulated Depreciation | (16,781,063.00) | (18,375,928.00) |
| Total Equipment and Property | 7,263,755.00 | 8,736,810.00 |
| | | |
| **Other Assets** | | |
| Note Receivable | | 84,116.00 |
| Construction in Progress for Equipment and Shop Improvements | 155,348.00 | 170,091.00 |
| Capital Construction Fund | 5,770.00 | 5,608.00 |
| Total Other Assets | 161,118.00 | 259,815.00 |
| | | |
| Total Assets | $18,775,263.00 | $31,081,156.00 |
| | | |
| **Current Liabilities** | | |
| Revolving Lines of Credit | $505,563.00 | $5,815,068.00 |
| Accrued Payroll, Payroll Taxes, Employee Benefits and Amount Withheld from Employees | 481,181.00 | 612,557.00 |
| Accounts Payable | 1,489,036.00 | 3,169,926.00 |
| Billings in Excess of Cost and Estimated Earnings on Contracts in Progress | 971,572.00 | 1,053,465.00 |
| Accrued Shareholders Distribution For Taxes | 37,600.00 | 224,508.00 |
| Other Accrued Expenses | 442,679.00 | 435,208.00 |
| Current Portion of Long-Term Debt | 2,015,505.00 | 1,053,908.00 |
| Total Current Liabilities | 5,943,136.00 | 12,364,640.00 |
| | | |
| Long- Term Debt | 2,105,112.00 | 8,091,936.00 |
| Subordinated Debt | | 301,875.00 |
| Total Debt | 2,105,112.00 | 8,393,811.00 |

Schedule 6

## DETAIL OF GILLEN'S AUDITED FINANCIAL STATEMENT
## PREPARED BY VANDERBLOEMEN (GILLEN'S CPA)

| Description | 2009 | 2010 |
|---|---|---|
| Total Liabilities | $8,048,248.00 | $20,758,451.00 |
| | | |
| **Stockholders' Equity** | | |
| Voting Common Stock | $33,800.00 | $33,800.00 |
| Not-Voting Common Stock | 2,128.00 | 2,128.00 |
| Retained Earnings | 13,691,087.00 | 13,286,777.00 |
| Less Treasury Stock | (3,000,000.00) | (3,000,000.00) |
| Total Equity | $10,727,015.00 | $10,322,705.00 |

Schedule 7

## DLH DISBURSEMENTS SUMMARY

| Per Actual Checks (See Schedule 8) | | Per Gillen Accts Payable Check Report | | DLH Payments to Subcontractors Per Custom Transaction Detail Report | |
|---|---|---|---|---|---|
| Period | Amount | Period | Amount | Period | Amount |
| 2010 | $4,062,652.22 | 2010 | $4,514,002.27 | 2010 | $4,394,619.31 |
| 2011 | 5,974,523.25 | 2011 | 10,873,695.93 | 2011 | 10,393,206.52 |
| Total | $10,037,175.47 | | $15,387,698.20 | | $14,787,825.83 |

*SDC CPAs, LLC*
Certified Public Accountants

Schedule 8

## DETAIL OF DISBURSEMENTS TO DLH FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|------|------|------|------|
| 1/1/2010 | 74544 | DLH | $267,297.12 |
| 6/10/2010 | 72363 | DLH | 101,049.18 |
| 6/21/2010 | 72407 | DLH | 35,764.26 |
| 6/30/2010 | 72522 | DLH | 54,102.05 |
| 7/13/2010 | 72830 | DLH | 43,230.26 |
| 7/30/2010 | 73023 | DLH | 7,968.08 |
| 8/2/2010 | 73032 | DLH | 178,505.42 |
| 8/10/2010 | 73174 | DLH | 81,036.91 |
| 8/19/2010 | 73373 | DLH | 249,227.46 |
| 8/31/2010 | 73531 | DLH | 343,668.54 |
| 9/8/2010 | 73728 | DLH | 107,536.07 |
| 9/20/2010 | 73930 | DLH | 399,155.43 |
| 9/21/2010 | 74050 | DLH | 347,106.58 |
| 9/30/2010 | 74086 | DLH | 508,651.07 |
| 10/11/2010 | 74246 | DLH | 129,393.48 |
| 10/21/2010 | 74511 | DLH | 109,033.92 |
| 11/10/2010 | 74686 | DLH | 231,491.99 |
| 11/22/2010 | 74890 | DLH | 44,697.87 |
| 11/22/2010 | 74868 | DLH | 311,341.69 |
| 11/24/2010 | 74978 | DLH | 85,134.54 |
| 11/30/2010 | 75014 | DLH | 18,729.47 |
| 11/30/2010 | 74998 | DLH | 99,205.43 |
| 12/10/2010 | 75177 | DLH | 9,900.78 |
| 12/10/2010 | 75227 | DLH | 180,041.57 |
| 12/20/2010 | 75366 | DLH | 99,581.59 |
| 12/30/2010 | 75505 | DLH | 19,801.46 |
| Subtotal | | | 4,062,652.22 |
| | | | |
| 1/3/2011 | 75525 | DLH | 148,319.97 |
| 1/10/2011 | 75640 | DLH | 154,033.40 |
| 1/20/2011 | 75823 | DLH | 80,492.93 |
| 1/31/2011 | 75945 | DLH | 20,990.13 |
| 1/31/2011 | 75966 | DLH | 247,336.10 |
| 2/10/2011 | 76124 | DLH | 21,271.03 |
| 2/10/2011 | 76080 | DLH | 202,917.08 |
| 2/14/2011 | 76208 | DLH | 19,950.15 |
| 2/21/2011 | 76241 | DLH | 174,831.03 |
| 2/28/2011 | 76360 | DLH | 70,331.44 |
| 3/21/2011 | 76678 | DLH | 259,585.57 |
| 3/31/2011 | 76783 | DLH | 65,604.49 |
| 4/11/2011 | 76996 | DLH | 5,287.61 |
| 4/11/2011 | 76943 | DLH | 60,392.60 |
| 5/2/2011 | 77250 | DLH | 7,330.85 |
| 5/10/2011 | 77386 | DLH | 186,738.85 |

*SDC CPAs, LLC*
Certified Public Accountants

Schedule 8

## DETAIL OF DISBURSEMENTS TO DLH FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 5/20/2011 | 77615 | DLH | 10,354.24 |
| 6/1/2011 | 78202 | DLH | 51,499.62 |
| 6/10/2011 | 77930 | DLH | 90,061.41 |
| 6/10/2011 | 78539 | DLH | 17,368.75 |
| 6/10/2011 | 78540 | DLH | 30,415.50 |
| 6/10/2011 | 78537 | DLH | 17,062.58 |
| 6/10/2011 | 78538 | DLH | 16,779.50 |
| 6/20/2011 | 78548 | DLH | 14,145.10 |
| 6/20/2011 | 78547 | DLH | 168,898.84 |
| 6/20/2011 | 78546 | DLH | 7,224.79 |
| 6/20/2011 | 78545 | DLH | 4,022.71 |
| 6/20/2011 | 78544 | DLH | 4,244.82 |
| 6/20/2011 | 78095 | DLH | 34,691.16 |
| 6/20/2011 | 78549 | DLH | 31,512.50 |
| 6/20/2011 | 78550 | DLH | 29,820.50 |
| 6/20/2011 | 78541 | DLH | 9,048.75 |
| 6/20/2011 | 78542 | DLH | 4,445.00 |
| 6/21/2011 | 78185 | DLH | 52,419.25 |
| 6/21/2011 | 78186 | DLH | 171,091.48 |
| 6/21/2011 | 78187 | DLH | 162,024.49 |
| 6/30/2011 | 78557 | DLH | 14,561.57 |
| 6/30/2011 | 78558 | DLH | 20,122.37 |
| 6/30/2011 | 78559 | DLH | 44,304.03 |
| 6/30/2011 | 78249 | DLH | 4,327.25 |
| 6/30/2011 | 78556 | DLH | 1,923.03 |
| 6/30/2011 | 78553 | DLH | 7,578.75 |
| 6/30/2011 | 78554 | DLH | 9,712.50 |
| 6/30/2011 | 78555 | DLH | 8,465.00 |
| 7/11/2011 | 78527 | DLH | 43,950.95 |
| 7/11/2011 | 78519 | DLH | 63,956.36 |
| 7/14/2011 | 78522 | DLH | 176,312.95 |
| 7/15/2011 | 78570 | DLH | 134,027.84 |
| 7/15/2011 | 78569 | DLH | 6,052.50 |
| 7/15/2011 | 78581 | DLH | 43,910.15 |
| 7/15/2011 | 78567 | DLH | 25,707.54 |
| 7/15/2011 | 78585 | DLH | 23,562.50 |
| 7/15/2011 | 78586 | DLH | 5,393.75 |
| 7/15/2011 | 78587 | DLH | 5,090.48 |
| 7/15/2011 | 78588 | DLH | 3,683.73 |
| 7/15/2011 | 78589 | DLH | 3,578.42 |
| 7/15/2011 | 78580 | DLH | 16,021.53 |
| 7/15/2011 | 78579 | DLH | 58,031.50 |
| 7/15/2011 | 78584 | DLH | 18,518.75 |

Schedule 8

## DETAIL OF DISBURSEMENTS TO DLH FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 7/15/2011 | 78578 | DLH | 31,525.00 |
| 7/15/2011 | 78577 | DLH | 8,180.00 |
| 7/15/2011 | 78576 | DLH | 10,238.75 |
| 7/15/2011 | 78583 | DLH | 59,055.63 |
| 7/15/2011 | 78571 | DLH | 12,525.00 |
| 7/15/2011 | 78568 | DLH | 29,800.00 |
| 7/15/2011 | 78575 | DLH | 10,812.00 |
| 7/15/2011 | 78574 | DLH | 5,507.50 |
| 7/15/2011 | 78572 | DLH | 32,493.75 |
| 7/15/2011 | 78573 | DLH | 7,700.00 |
| 7/15/2011 | 78592 | DLH | 3,488.93 |
| 7/15/2011 | 78590 | DLH | 4,295.30 |
| 7/15/2011 | 78582 | DLH | 1,952.90 |
| 7/15/2011 | 78591 | DLH | 3,153.68 |
| 7/20/2011 | 72862 | DLH | 50,630.16 |
| 7/28/2011 | 78733 | DLH | 44,673.45 |
| 7/28/2011 | 78735 | DLH | 15,987.50 |
| 7/28/2011 | 78736 | DLH | 10,972.50 |
| 7/28/2011 | 78737 | DLH | 10,233.75 |
| 7/28/2011 | 78738 | DLH | 9,108.75 |
| 7/28/2011 | 78839 | DLH | 4,215.00 |
| 7/28/2011 | 78740 | DLH | 7,932.50 |
| 7/28/2011 | 78734 | DLH | 127,034.95 |
| 8/1/2011 | 78765 | DLH | 71,145.44 |
| 8/1/2011 | 78766 | DLH | 23,652.13 |
| 8/1/2011 | 78759 | DLH | 23,439.94 |
| 8/1/2011 | 78758 | DLH | 17,707.35 |
| 8/1/2011 | 78757 | DLH | 10,574.70 |
| 8/1/2011 | 78754 | DLH | 51,229.24 |
| 8/1/2011 | 78762 | DLH | 7,621.25 |
| 8/1/2011 | 78764 | DLH | 12,699.93 |
| 8/1/2011 | 78761 | DLH | 111,459.02 |
| 8/1/2011 | 78760 | DLH | 8,416.25 |
| 8/1/2011 | 78763 | DLH | 6,230.00 |
| 8/1/2011 | 78755 | DLH | 44,195.75 |
| 8/1/2011 | 78767 | DLH | 49,852.16 |
| 8/10/2011 | 78543 | DLH | 4,316.43 |
| 8/10/2011 | 78969 | DLH | 55,301.58 |
| 8/10/2011 | 78915 | DLH | 10,715.25 |
| 8/10/2011 | 78918 | DLH | 23,061.30 |
| 8/10/2011 | 78923 | DLH | 4,549.50 |
| 8/10/2011 | 78922 | DLH | 4,584.73 |
| 8/10/2011 | 78921 | DLH | 4,825.20 |

ZURICH NORTH AMERICA
Edward E Gillen, Company
Wisconsin
Claim No.: 638-0058888

Schedule 8

# DETAIL OF DISBURSEMENTS TO DLH FROM
# GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|------|--------------|-------|--------|
| 8/10/2011 | 78920 | DLH | 3,138.70 |
| 8/10/2011 | 78919 | DLH | 4,549.00 |
| 8/10/2011 | 78916 | DLH | 22,879.38 |
| 8/10/2011 | 78917 | DLH | 19,799.68 |
| 8/10/2011 | 78972 | DLH | 40,669.84 |
| 8/10/2011 | 78973 | DLH | 9,582.50 |
| 8/10/2011 | 78974 | DLH | 6,696.25 |
| 8/10/2011 | 78970 | DLH | 1,247.30 |
| 8/10/2011 | 78975 | DLH | 4,991.25 |
| 8/10/2011 | 78976 | DLH | 8,257.50 |
| 8/10/2011 | 78977 | DLH | 15,275.00 |
| 8/10/2011 | 78978 | DLH | 67,272.86 |
| 8/10/2011 | 78982 | DLH | 61,409.89 |
| 8/10/2011 | 78981 | DLH | 44,245.90 |
| 8/10/2011 | 78756 | DLH | 44,816.25 |
| 8/10/2011 | 78980 | DLH | 43,935.65 |
| 8/22/2011 | 79161 | DLH | 49,583.08 |
| 8/22/2011 | 79159 | DLH | 10,867.02 |
| 8/22/2011 | 79158 | DLH | 5,145.00 |
| 8/22/2011 | 79157 | DLH | 20,989.24 |
| 8/22/2011 | 79156 | DLH | 22,757.05 |
| 8/22/2011 | 79155 | DLH | 45,393.40 |
| 8/31/2011 | 79314 | DLH | 41,636.40 |
| 8/31/2011 | 79329 | DLH | 18,421.04 |
| 8/31/2011 | 79334 | DLH | 4,532.41 |
| 8/31/2011 | 79329 | DLH | 18,421.04 |
| 8/31/2011 | 79333 | DLH | 4,563.22 |
| 8/31/2011 | 79335 | DLH | 4,737.68 |
| 9/12/2011 | 79528 | DLH | 4,652.16 |
| 9/12/2011 | 79521 | DLH | 49,332.33 |
| 9/12/2011 | 79527 | DLH | 38,072.35 |
| 9/12/2011 | 79520 | DLH | 43,447.75 |
| 9/12/2011 | 79516 | DLH | 41,782.60 |
| 9/13/2011 | 79651 | DLH | 9,111.25 |
| 9/20/2011 | 79702 | DLH | 3,447.15 |
| 9/20/2011 | 79703 | DLH | 11,483.58 |
| 9/20/2011 | 79704 | DLH | 23,076.68 |
| 9/20/2011 | 79713 | DLH | 9,543.81 |
| 9/20/2011 | 79697 | DLH | 13,546.60 |
| 9/20/2011 | 79692 | DLH | 22,508.69 |
| 9/30/2011 | 79878 | DLH | 44,905.50 |
| 9/30/2011 | 79876 | DLH | 34,118.56 |
| 9/30/2011 | 79884 | DLH | 47,427.06 |

Schedule 8

## DETAIL OF DISBURSEMENTS TO DLH FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|------|-------------|-------|--------|
| 9/30/2011 | 79887 | DLH | 45,813.91 |
| 9/30/2011 | 79892 | DLH | 3,276.34 |
| 9/30/2011 | 79893 | DLH | 4,446.89 |
| 10/10/2011 | 80037 | DLH | 41,171.05 |
| 10/20/2011 | 74409 | DLH | 398,113.64 |
| 11/13/2011 | 80302 | DLH | 1,000.00 |
| Subtotal | | | 5,974,523.25 |
| Total | | | $10,037,175.47 |

**ZURICH NORTH AMERICA**
Edward E Gillen, Company
Wisconsin
Claim No.: 638-0058888

Schedule 9

## DETAIL OF DISBURSEMENTS FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 4/30/2010 | 71636 | Attorney Juliane Jackson | $24,405.00 |
| 8/2/2010 | 73038 | Attorney Juliane Jackson | 8,085.00 |
| 8/31/2010 | 73535 | Attorney Juliane Jackson | 8,625.00 |
| 11/22/2010 | 74874 | Attorney Juliane Jackson | 5,415.00 |
| 2/22/2011 | 76339 | Attorney Juliane Jackson | 28,088.40 |
| 10/10/2011 | 80053 | Attorney Juliane Jackson | 27,596.65 |
| 2/8/2012 | 80925 | Attorney Juliane Jackson | 25,440.00 |
| 2/16/2012 | 91044 | Attorney Juliane Jackson | 14,255.00 |
| Subtotal | | | 141,910.05 |
| | | | |
| 1/1/2010 | 74544 | DLH | 267,297.12 |
| 6/10/2010 | 72363 | DLH | 101,049.18 |
| 6/21/2010 | 72407 | DLH | 35,764.26 |
| 6/30/2010 | 72522 | DLH | 54,102.05 |
| 7/13/2010 | 72830 | DLH | 43,230.26 |
| 7/30/2010 | 73023 | DLH | 7,968.08 |
| 8/2/2010 | 73032 | DLH | 178,505.42 |
| 8/10/2010 | 73174 | DLH | 81,036.91 |
| 8/19/2010 | 73373 | DLH | 249,227.46 |
| 8/31/2010 | 73531 | DLH | 343,668.54 |
| 9/8/2010 | 73728 | DLH | 107,536.07 |
| 9/20/2010 | 73930 | DLH | 399,155.43 |
| 9/21/2010 | 74050 | DLH | 347,106.58 |
| 9/30/2010 | 74086 | DLH | 508,651.07 |
| 10/11/2010 | 74246 | DLH | 129,393.48 |
| 10/21/2010 | 74511 | DLH | 109,033.92 |
| 11/10/2010 | 74686 | DLH | 231,491.99 |
| 11/22/2010 | 74890 | DLH | 44,697.87 |
| 11/22/2010 | 74868 | DLH | 311,341.69 |
| 11/24/2010 | 74978 | DLH | 85,134.54 |
| 11/30/2010 | 75014 | DLH | 18,729.47 |
| 11/30/2010 | 74998 | DLH | 99,205.43 |
| 12/10/2010 | 75177 | DLH | 9,900.78 |
| 12/10/2010 | 75227 | DLH | 180,041.57 |
| 12/20/2010 | 75366 | DLH | 99,581.59 |
| 12/30/2010 | 75505 | DLH | 19,801.46 |
| 1/3/2011 | 75525 | DLH | 148,319.97 |
| 1/10/2011 | 75640 | DLH | 154,033.40 |
| 1/20/2011 | 75823 | DLH | 80,492.93 |
| 1/31/2011 | 75945 | DLH | 20,990.13 |
| 1/31/2011 | 75966 | DLH | 247,336.10 |
| 2/10/2011 | 76124 | DLH | 21,271.03 |
| 2/10/2011 | 76080 | DLH | 202,917.08 |
| 2/14/2011 | 76208 | DLH | 19,950.15 |

**SDC CPAs, LLC**
Certified Public Accountants

## DETAIL OF DISBURSEMENTS FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 2/21/2011 | 76241 | DLH | 174,831.03 |
| 2/28/2011 | 76360 | DLH | 70,331.44 |
| 3/21/2011 | 76678 | DLH | 259,585.57 |
| 3/31/2011 | 76783 | DLH | 65,604.49 |
| 4/11/2011 | 76996 | DLH | 5,287.61 |
| 4/11/2011 | 76943 | DLH | 60,392.60 |
| 5/2/2011 | 77250 | DLH | 7,330.85 |
| 5/10/2011 | 77386 | DLH | 186,738.85 |
| 5/20/2011 | 77615 | DLH | 10,354.24 |
| 6/1/2011 | 78202 | DLH | 51,499.62 |
| 6/10/2011 | 77930 | DLH | 90,061.41 |
| 6/10/2011 | 78539 | DLH | 17,368.75 |
| 6/10/2011 | 78540 | DLH | 30,415.50 |
| 6/10/2011 | 78537 | DLH | 17,062.58 |
| 6/10/2011 | 78538 | DLH | 16,779.50 |
| 6/20/2011 | 78548 | DLH | 14,145.10 |
| 6/20/2011 | 78547 | DLH | 168,898.84 |
| 6/20/2011 | 78095 | DLH | 34,691.16 |
| 6/20/2011 | 78549 | DLH | 31,512.50 |
| 6/20/2011 | 78550 | DLH | 29,820.50 |
| 6/20/2011 | 78541 | DLH | 9,048.75 |
| 6/20/2011 | 78542 | DLH | 4,445.00 |
| 6/21/2011 | 78185 | DLH | 52,419.25 |
| 6/21/2011 | 78186 | DLH | 171,091.48 |
| 6/21/2011 | 78187 | DLH | 162,024.49 |
| 6/30/2011 | 78557 | DLH | 14,561.57 |
| 6/30/2011 | 78558 | DLH | 20,122.37 |
| 6/30/2011 | 78559 | DLH | 44,304.03 |
| 6/30/2011 | 78546 | DLH | 7,224.79 |
| 6/30/2011 | 78544 | DLH | 4,244.82 |
| 6/30/2011 | 78545 | DLH | 4,022.71 |
| 6/30/2011 | 78543 | DLH | 4,316.43 |
| 6/30/2011 | 78249 | DLH | 4,327.25 |
| 6/30/2011 | 78556 | DLH | 1,923.03 |
| 6/30/2011 | 78553 | DLH | 7,578.75 |
| 6/30/2011 | 78554 | DLH | 9,712.50 |
| 6/30/2011 | 78555 | DLH | 8,465.00 |
| 7/11/2011 | 78527 | DLH | 43,950.95 |
| 7/11/2011 | 78519 | DLH | 63,956.36 |
| 7/14/2011 | 78522 | DLH | 176,312.95 |
| 7/15/2011 | 78581 | DLH | 43,910.15 |
| 7/15/2011 | 78567 | DLH | 25,707.54 |
| 7/15/2011 | 78585 | DLH | 23,562.50 |

## DETAIL OF DISBURSEMENTS FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 7/15/2011 | 78587 | DLH | 5,090.48 |
| 7/15/2011 | 78588 | DLH | 3,683.73 |
| 7/15/2011 | 78589 | DLH | 3,578.42 |
| 7/15/2011 | 78580 | DLH | 16,021.53 |
| 7/15/2011 | 78579 | DLH | 58,031.50 |
| 7/15/2011 | 78584 | DLH | 18,518.75 |
| 7/15/2011 | 78578 | DLH | 31,525.00 |
| 7/15/2011 | 78577 | DLH | 8,180.00 |
| 7/15/2011 | 78576 | DLH | 10,238.75 |
| 7/15/2011 | 78583 | DLH | 59,055.63 |
| 7/15/2011 | 78571 | DLH | 12,525.00 |
| 7/15/2011 | 78568 | DLH | 29,800.00 |
| 7/15/2011 | 78575 | DLH | 10,812.00 |
| 7/15/2011 | 78574 | DLH | 5,507.50 |
| 7/15/2011 | 78572 | DLH | 32,493.75 |
| 7/15/2011 | 78573 | DLH | 7,700.00 |
| 7/15/2011 | 78592 | DLH | 3,488.93 |
| 7/15/2011 | 78590 | DLH | 4,295.30 |
| 7/15/2011 | 78582 | DLH | 1,952.90 |
| 7/15/2011 | 78591 | DLH | 3,153.68 |
| 7/15/2011 | 78586 | DLH | 5,393.75 |
| 7/15/2011 | 78569 | DLH | 6,052.50 |
| 7/15/2011 | 78570 | DLH | 134,027.84 |
| 7/20/2011 | 72862 | DLH | 50,630.16 |
| 7/28/2011 | 78733 | DLH | 44,673.45 |
| 7/28/2011 | 78735 | DLH | 15,987.50 |
| 7/28/2011 | 78736 | DLH | 10,972.50 |
| 7/28/2011 | 78737 | DLH | 10,233.75 |
| 7/28/2011 | 78738 | DLH | 9,108.75 |
| 7/28/2011 | 78839 | DLH | 4,215.00 |
| 7/28/2011 | 78740 | DLH | 7,932.50 |
| 7/28/2011 | 78734 | DLH | 127,034.95 |
| 8/1/2011 | 78765 | DLH | 71,145.44 |
| 8/1/2011 | 78766 | DLH | 23,652.13 |
| 8/1/2011 | 78759 | DLH | 23,439.94 |
| 8/1/2011 | 78758 | DLH | 17,707.35 |
| 8/1/2011 | 78757 | DLH | 10,574.70 |
| 8/1/2011 | 78754 | DLH | 51,229.24 |
| 8/1/2011 | 78762 | DLH | 7,621.25 |
| 8/1/2011 | 78764 | DLH | 12,699.93 |
| 8/1/2011 | 78761 | DLH | 111,459.02 |
| 8/1/2011 | 78760 | DLH | 8,416.25 |
| 8/1/2011 | 78763 | DLH | 6,230.00 |

### DETAIL OF DISBURSEMENTS FROM
### GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|------|--------------|-------|--------|
| 8/1/2011 | 78755 | DLH | 44,195.75 |
| 8/1/2011 | 78767 | DLH | 49,852.16 |
| 8/10/2011 | 78978 | DLH | 67,272.86 |
| 8/10/2011 | 78969 | DLH | 55,301.58 |
| 8/10/2011 | 78915 | DLH | 10,715.25 |
| 8/10/2011 | 78918 | DLH | 23,061.30 |
| 8/10/2011 | 78923 | DLH | 4,549.50 |
| 8/10/2011 | 78922 | DLH | 4,584.73 |
| 8/10/2011 | 78921 | DLH | 4,825.20 |
| 8/10/2011 | 78920 | DLH | 3,138.70 |
| 8/10/2011 | 78919 | DLH | 4,549.00 |
| 8/10/2011 | 78916 | DLH | 22,879.38 |
| 8/10/2011 | 78917 | DLH | 19,799.68 |
| 8/10/2011 | 78972 | DLH | 40,669.84 |
| 8/10/2011 | 78973 | DLH | 9,582.50 |
| 8/10/2011 | 78974 | DLH | 6,696.25 |
| 8/10/2011 | 78970 | DLH | 1,247.30 |
| 8/10/2011 | 78975 | DLH | 4,991.25 |
| 8/10/2011 | 78976 | DLH | 8,257.50 |
| 8/10/2011 | 78977 | DLH | 15,275.00 |
| 8/10/2011 | 78982 | DLH | 61,409.89 |
| 8/10/2011 | 78981 | DLH | 44,245.90 |
| 8/10/2011 | 78980 | DLH | 43,935.65 |
| 8/18/2011 | 78756 | DLH | 44,816.25 |
| 8/22/2011 | 79161 | DLH | 49,583.08 |
| 8/22/2011 | 79159 | DLH | 10,867.02 |
| 8/22/2011 | 79158 | DLH | 5,145.00 |
| 8/22/2011 | 79157 | DLH | 20,989.24 |
| 8/22/2011 | 79156 | DLH | 22,757.05 |
| 8/22/2011 | 79155 | DLH | 45,393.40 |
| 8/31/2011 | 79314 | DLH | 41,636.40 |
| 8/31/2011 | 79329 | DLH | 18,421.04 |
| 8/31/2011 | 79334 | DLH | 4,532.41 |
| 8/31/2011 | 79329 | DLH | 18,421.04 |
| 8/31/2011 | 79333 | DLH | 4,563.22 |
| 8/31/2011 | 79335 | DLH | 4,737.68 |
| 9/12/2011 | 79528 | DLH | 4,652.16 |
| 9/12/2011 | 79521 | DLH | 49,332.33 |
| 9/12/2011 | 79527 | DLH | 38,072.35 |
| 9/12/2011 | 79520 | DLH | 43,447.75 |
| 9/12/2011 | 79516 | DLH | 41,782.60 |
| 9/13/2011 | 79651 | DLH | 9,111.25 |
| 9/20/2011 | 79702 | DLH | 3,447.15 |

Schedule 9

## DETAIL OF DISBURSEMENTS FROM
## GILLEN'S GENERAL BANK ACCOUNT

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 9/20/2011 | 79703 | DLH | 11,483.58 |
| 9/20/2011 | 79704 | DLH | 23,076.68 |
| 9/20/2011 | 79713 | DLH | 9,543.81 |
| 9/20/2011 | 79697 | DLH | 13,546.60 |
| 9/20/2011 | 79692 | DLH | 22,508.69 |
| 9/30/2011 | 79878 | DLH | 44,905.50 |
| 9/30/2011 | 79876 | DLH | 34,118.56 |
| 9/30/2011 | 79884 | DLH | 47,427.06 |
| 9/30/2011 | 79887 | DLH | 45,813.91 |
| 9/30/2011 | 79892 | DLH | 3,276.34 |
| 9/30/2011 | 79893 | DLH | 4,446.89 |
| 10/10/2011 | 80037 | DLH | 41,171.05 |
| 10/20/2011 | 74409 | DLH | 398,113.64 |
| 11/3/2011 | 80302 | DLH | 1,000.00 |
| Subtotal | | | 10,037,175.47 |
| | | | |
| 2/11/2010 | 70766 | Gary Jackson/Dividend | 10,000.00 |
| 2/17/2010 | 70785 | Gary Jackson/Dividend | 101,140.00 |
| 2/25/2010 | 70868 | Gary Jackson/Dividend | 9,515.00 |
| 3/11/2010 | 71096 | Gary Jackson/Dividend | 9,515.00 |
| 3/31/2010 | 71328 | Gary Jackson/Dividend | 9,515.00 |
| 4/14/2010 | 71485 | Gary Jackson/Dividend | 9,515.00 |
| 4/29/2010 | 71621 | Gary Jackson/Dividend | 9,515.00 |
| 5/13/2010 | 71909 | Gary Jackson/Dividend | 9,515.00 |
| 5/27/2010 | 72063 | Gary Jackson/Dividend | 9,515.00 |
| 6/15/2010 | 72371 | Gary Jackson/Dividend | 9,515.00 |
| 6/30/2010 | 72635 | Gary Jackson/Dividend | 9,515.00 |
| 7/15/2010 | 72837 | Gary Jackson | 7,300.07 |
| 7/15/2010 | 72836 | Gary Jackson/Dividend | 9,515.00 |
| 7/29/2010 | 73015 | Gary Jackson/Dividend | 9,515.00 |
| 8/12/2010 | 73339 | Gary Jackson/Dividend | 9,515.00 |
| 9/2/2010 | 73696 | Gary Jackson/Dividend | 9,515.00 |
| 9/15/2010 | 73900 | Gary Jackson/Dividend | 9,515.00 |
| 9/30/2010 | 74071 | Gary Jackson/Dividend | 9,515.00 |
| 10/14/2010 | 74382 | Gary Jackson/Dividend | 9,515.00 |
| 10/28/2010 | 74526 | Gary Jackson/Dividend | 9,515.00 |
| 11/11/2010 | 74832 | Gary Jackson/Dividend | 9,515.00 |
| 11/30/2010 | 75141 | Gary Jackson/Dividend | 9,515.00 |
| 12/8/2010 | 75160 | Gary Jackson | 15,783.83 |
| 12/14/2010 | 75340 | Gary Jackson/Dividend | 9,515.00 |
| 12/30/2010 | 75520 | Gary Jackson/Dividend | 9,515.00 |
| 1/1/2011 | 76454 | Gary Jackson/Dividend | 9,515.00 |
| 1/13/2011 | 75788 | Gary Jackson/Dividend | 9,515.00 |

**ZURICH NORTH AMERICA**
Edward E Gillen, Company
Wisconsin
Claim No.: 638-0058888

Schedule 9

**DETAIL OF DISBURSEMENTS FROM**
**GILLEN'S GENERAL BANK ACCOUNT**

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 1/27/2011 | 75927 | Gary Jackson/Dividend | 9,515.00 |
| 2/15/2011 | 76211 | Gary Jackson/Dividend | 9,515.00 |
| 3/30/2011 | 76772 | Gary Jackson/Dividend | 9,515.00 |
| 4/29/2011 | 77238 | Gary Jackson/Dividend | 9,515.00 |
| 5/12/2011 | 77551 | Gary Jackson/Dividend | 9,515.00 |
| 5/31/2011 | 77707 | Gary Jackson/Dividend | 9,515.00 |
| 6/15/2011 | 78049 | Gary Jackson | 9,515.00 |
| 6/30/2011 | 78208 | Gary Jackson/Dividend | 9,515.00 |
| 7/14/2011 | 78529 | Gary Jackson/Dividend | 9,515.00 |
| 7/28/2011 | 78732 | Gary Jackson | 9,515.00 |
| 8/11/2011 | 79100 | Gary Jackson/Dividend | 9,515.00 |
| 8/31/2011 | 79399 | Gary Jackson/Dividend | 9,515.00 |
| 9/29/2011 | 79865 | Gary Jackson/Dividend | 9,515.00 |
| 10/13/2011 | 80218 | Gary Jackson/Dividend | 9,515.00 |
| 10/27/2011 | 80274 | Gary Jackson/Dividend | 9,515.00 |
| 11/15/2011 | 80439 | Gary Jackson/Dividend | 9,515.00 |
| 11/17/2011 | 80469 | Gary Jackson | 13,647.88 |
| 11/30/2011 | 80539 | Gary Jackson/Dividend | 9,515.00 |
| 12/15/2011 | 80744 | Gary Jackson/Dividend | 9,515.00 |
| 12/29/2011 | 80832 | Gary Jackson/Dividend | 9,515.00 |
| Subtotal | | | 547,501.78 |
| | | | |
| Total | | | $10,726,587.30 |

ELIZABETH MCINTYRE JR PUBLIC &
Intrepid Traders Company
Whereupon
Loan No. SDC-508459

DETAIL OF TANGIBLE AND INTANGIBLE PER AUDITED FINANCIAL STATEMENTS